441 F.2d 269
 MERRILL-STEVENS DRY DOCK CO., Plaintiff-Appellee,
v.
The M/V CYGNUS of American Ownership, her engines, tackle, apparel, and other appurtenances thereto appertaining, Defendant-Appellant, and
Leon Shaffer Golnick, Appellant.
 No. 31087 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 April 13, 1971.
 Rehearing Denied May 27, 1971.
 
 Appeal from the United States for the Southern District of Florida; Ted Cabot, District Judge.
 Christopher C. Larimore, Miami, Fla., for defendant-appellant.
 Ralph & Boyd, Richard F. Ralph, Donald F. Geffner, Miami, Fla., for plaintiff-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966